# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 14, 2008

Charles R. Fulbruge III
Clerk

No. 07-40897
Summary Calendar

SAMUEL RODRIGUEZ REYNA

Plaintiff-Appellant

v.

THOMAS GREENWELL; BOBBY GALVAN; NANCY NINEMER; JACK HUNTER; SANDRA BANUELOS; ESTHER NATIVIDAD; MELINDA MEDINA; ROBERT LUGO; PRISCILLA CHAPA; JIM KAELIN; TIM K REVIS; M R RODRIGUEZ; R L GARCIA

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:07-CV-138

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Samuel Rodriguez Reyna, a pretrial detainee confined in the Nueces County, Texas, Jail, awaiting trial on murder charges, appeals the dismissal of his 42 U.S.C. § 1983 civil rights lawsuit challenging his arrest and detention on the grounds that there was no probable cause to arrest him, that the search and seizure of his person was unconstitutional, and that the defendants have

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conspired to deprive him of his liberty. The district court ordered that the complaint be dismissed pursuant to the abstention doctrine of Younger v. Harris, 401 U.S. 37 (1971). It alternatively dismissed the claims for failure to state a claim and as frivolous, pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2), and 42 U.S.C. § 1997e.

On appeal, Reyna renews the merits of his claims and urges that abstention was not warranted under Younger because the murder charges against him were brought in bad faith and with the intent to harass him. He also raises numerous other new assertions regarding the various defendants in his appellate brief. However, he has abandoned by failing to brief any challenge to the district court's alternative bases for dismissal. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). Accordingly, the district court's judgment is AFFIRMED.